THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHHENG LEANG SO, individually,<br><br>      Plaintiff,<br><br>   v.<br><br>CINEMARK USA, INC. d/b/a CINEMARK LINCOLN SQUARE CINEMAS, a foreign corporation,<br><br>      Defendant. | CASE NO. C20-0808-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a continuance of deadlines (Dkt. No. 13). The parties ask the Court to continue the trial date and other case deadlines by several months to allow the parties adequate time for discovery, informal settlement negotiations, and mediation, citing at least in part delays caused by the COVID-19 pandemic. (Dkt. No. 13 at 1–2.) Having thoroughly considered the stipulated motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion in part and further ORDERS:

1. The jury trial is continued to August 23, 2021 at 9:30 a.m.
2. The proposed pretrial order is due by August 13, 2021.

MINUTE ORDER
C20-0808-JCC
PAGE - 1

3. Trial briefs and proposed voir dire/jury instructions are due by August 18, 2021.

4. Mediation must be completed by May 7, 2021.

5. The discovery cutoff is April 22, 2021.

6. Dispositive motions are due by May 24, 2021.

DATED this 26th day of January 2021.

                                            William M. McCool
                                            Clerk of Court

                                            s/Paula McNabb
                                            Deputy Clerk