THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHHENG LEANG SO, individually,<br><br>                Plaintiff,<br><br>   v.<br><br>CINEMARK USA, INC. d/b/a CINEMARK LINCOLN SQUARE CINEMAS, a foreign corporation,<br><br>                Defendant. | CASE NO. C20-0808-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a continuance of trial and case deadlines (Dkt. No. 15). The parties ask the Court to continue the trial date and other case deadlines by several months to allow the parties adequate time for discovery, citing the need to obtain medical records from a newly-identified medical provider and to allow the parties to complete additional discovery following receipt of Plaintiff's complete medical records. (Dkt. No. 15 at 2.) Having thoroughly considered the stipulated motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS:

1. The jury trial is continued to January 10, 2022 at 9:30 a.m.
2. The proposed pretrial order is due by December 10, 2021.

MINUTE ORDER
C20-0808-JCC
PAGE - 1

3. Trial briefs and proposed voir dire/jury instructions are due by December 10, 2021.

4. Mediation must be completed by November 29, 2021.

5. The discovery cutoff is September 11, 2021.

6. Dispositive motions are due by October 11, 2021.

DATED this 18th day of March 2021.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Paula McNabb
                                                  Deputy Clerk