THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHHENG LEANG SO, individually,<br><br>               Plaintiff,<br>  v.<br><br>CINEMARK USA, INC. d/b/a CINEMARK LINCOLN SQUARE CINEMAS, a foreign corporation,<br><br>               Defendant. | CASE NO. C20-0808-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial in this matter is scheduled to commence January 10, 2022 at 9:30 a.m. Court hereby ORDERS:

1. The jury trial is continued to February 22, 2022 at 9:30 a.m.
2. The proposed pretrial order is due by January 21, 2022.
3. Trial briefs and proposed voir dire/jury instructions are due by January 21, 2022.
4. The parties are further DIRECTED to submit to motions *in limine*, if any, by February 11, 2022. Responses to motions *in limine*, if any, shall be filed no later than February 15, 2022.

All other deadlines remain unchanged.

MINUTE ORDER
C20-0808-JCC
PAGE - 1

1 | DATED this 6th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0808-JCC
PAGE - 2